IN THE UNTIED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PETSI INC | § | CASE NO.  03-41757-H5 |
| Debtor | § | |
| | § | Chapter 7 |
| | § | |

**MOTION TO DEPOSIT UNCLAIMED FUNDS INTO THE REGISTRY
UNDER 11 U.S.C. §347 (a)**

The undersigned trustee reports:

  __X__  The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010

  _____  More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. § 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 or Title 28 (28 U.S.C., 2041, *et seq.*).

Dated:   July 28, 2010

                                                                                      _/s/  W. Steve Smith_
                                                                                      W. Steve Smith, Trustee
                                                                                      1250 Four Houston Center
                                                                                      1331 Lamar Street
                                                                                      Houston, Texas 77010-3027
                                                                                      (713) 590-9300

**EXHIBIT "A"**

**IN RE:**
§
**PETSI INC** §   **CASE NO. 03-41757-H5**
  Debtor §
§   **Chapter 7**
§

RE:

  _X_   Small Dividends

  ___   Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| Swisher Hygiene Franchise Corp.<br>PO Box 473526<br>Charlotte NC  28247-3526 | 3 | $0.60 |
| CW Rod & Tool Co. LP<br>15050 Northgreen Blvd<br>Houston, TX 77032 | 11 | $0.44 |
| **TOTAL:** | | **$1.04** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Motion to Deposit Unclaimed Funds into the Registry* has been sent to the U.S. Trustee, 515 Rusk Avenue, Suite 3516, Houston, Texas 77002 via electronic mail on this the 28th day of July, 2010.

By*:*   */s/ W. Steve Smith*
W. Steve Smith, Trustee